AO-10
Rev. 1/2004

# FINANCIAL DISCLOSURE REPORT

## Calendar Year 2003

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>White, Ronald A | 2. Court or Organization<br><br>USDC-EDOK | 3. Date of Report<br><br>5/13/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active | 5. ReportType (check appropriate type)<br><br>○ Nomination, Date<br><br>○ Initial  ● Annual  ○ Final | 6. Reporting Period<br><br>1/1/2003<br>to<br>12/31/2003 |
| 7. Chambers or Office Address<br><br>101 N. Fifth Street<br>P.O. Box 1009<br>Muskogee, OK 74402 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Former Shareholder | Hall Estill Hardwick Gable Golden & Nelson, P.C. |
| 2. Member | American Inns of Court |
| 3. Member Human Resources Committee | Margaret Hudson Program Board of Directors |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☐ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2003 | Hall Estill Hardwick Gable Golden & Nelson, P.C.: profit sharing contribution; quarterly "salary makeup" payment; profit pay-out/bonus; capital refund. |

RECEIVED MAY 24 10 24 AM '04 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ NONE   - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2003 | Hall Estill Hardwick Gable Golden & Nelson, P.C. | $123400.59 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☑ NONE   - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE   - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | White, Ronald A | 5/13/2004 |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☐ NONE - (No such reportable gifts.)

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Hall Estill Law Firm | Gift certificate to Home Depot | $500 |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ NONE - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | CitiCards | credit card | J |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) | (2) | (1) | (2) | (1) | If not exempt from disclosure | | | |
| | Amount<br>Code 1<br>(A -H) | Type (e.g.<br>div. rent. or<br>int.) | Value<br>Code 2<br>(J-P) | Value<br>Method<br>Code 3<br>(Q-W) | Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Williams Employees Credit Union - Account | A | Interest | K | T | | | | | |
| 2. Bank of Oklahoma - Money Market Account #1 | A | Interest | L | T | | | | | |
| 3. Bank of Oklahoma - Account #2 | A | Interest | J | T | | | | | |
| 4. Spirit Bank - Account | A | Interest | K | T | | | | | |
| 5. Idea Ranch, LLC - Note | | None | J | T | | | | | |
| 6. T.D. Waterhouse - Money Market Account | A | Dividend | J | T | | | | | |
| 7. PARAGON GVUL ACCOUNT | | | | | | | | | |
| 8. -Fidelity Index 500 - Pooled Equity Fund | A | Dividend | J | T | | | | | |
| 9. -MFS Emerging Growth - Pooled Equity Fund | A | Dividend | J | T | | | | | |
| 10. -Scudder International - Pooled Equity Fund | A | Dividend | J | T | | | | | |
| 11. -T. Rowe Price Balanced - Pooled Equity Fund | A | Dividend | J | T | | | | | |
| 12. █████ Real Estate, Okmulgee County, OK, 7/24/94 $54,000.00 | | None | L | R | | | | | |
| 13. Northwestern Mutual Whole Life Policy - Cash Value | A | Dividend | J | T | | | | | |
| 14. CHARLES SCHWAB ACCOUNT | | | | | | | | | |
| 15. -Muni Money Fund Money Market | A | Dividend | L | T | | | | | |
| 16. -Arial Fund | A | Dividend | J | T | Buy | 03/10 | J | | |
| 17. -Oakmark Intl. Fund | A | Dividend | J | T | Buy | 01/22 | J | | |
| 18. -Schwab 1000 Fund | A | Dividend | J | T | Buy | 01/27 | J | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Ronald A | 5/13/2004 |

## VII. INVESTMENTS and TRUSTS  – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. MERRILL LYNCH IRA #1 | A | Dividend | L | T | | | | | |
| 20. -Money Market | | | | | | | | | |
| 21. -Acorn Fund | | | | | | | | | |
| 22. MERRILL LYNCH IRA #2 | A | Dividend | L | T | | | | | |
| 23. -Money Market | | | | | | | | | |
| 24. -Dillards common stock | | | | | | | | | |
| 25. -OG&E common stock | | | | | | | | | |
| 26. -Williams Cos. common stock | | | | | | | | | |
| 27. MERRILL LYNCH ACCOUNT | | | | | | | | | |
| 28. -Money Market | A | Dividend | L | T | | | | | |
| 29. -Payne County Bonds | B | Interest | K | T | | | | | |
| 30. -Okla. Pollution Control Bonds | B | Interest | K | T | | | | | |
| 31. -Axelis common stock | | None | J | T | | | | | |
| 32. -Bearing Point common stock | | None | J | T | | | | | |
| 33. -BP Amoco common stock | A | Dividend | J | T | | | | | |
| 34. -Bank of Oklahoma common stock | | None | J | T | | | | | |
| 35. -GE common stock | A | Dividend | J | T | | | | | |
| 36. -World Com / MCI common stock | | None | J | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | O = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Ronald A | 5/13/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. -Oneok common stock | A | Dividend | J | T | | | | | |
| 38. -PDI common stock | | None | J | T | | | | | |
| 39. -UPS common stock | A | Dividend | J | T | | | | | |
| 40. -Viacom common stock | A | Dividend | J | T | | | | | |
| 41. -World Com common stock | | None | J | T | | | | | |
| 42. 401K/PROFIT SHARING SELF-DIRECTED ACCOUNT | | | | | | | | | |
| 43. -AP Cash Mgmt. | B | Dividend | N | T | | | | | |
| 44. -Agere Sys Inc Cl A common stock | | None | J | T | | | | | |
| 45. -Agere Sys Inc Cl B common stock | | None | J | T | | | | | |
| 46. -Avaya Inc. Com common stock | | None | J | T | | | | | |
| 47. -Hewlett Packard Company common stock | A | Dividend | J | T | | | | | |
| 48. -Lancaster Colony Corp. common stock | A | Dividend | J | T | | | | | |
| 49. -Lehman Bros Hldgs Inc. common stock | A | Dividend | K | T | | | | | |
| 50. -Lucent Technologies Inc. common stock | | None | J | T | | | | | |
| 51. -OG&E Energy Corp. common stock | A | Dividend | J | T | | | | | |
| 52. -Vintage Pete Inc. common stock | A | Dividend | J | T | | | | | |
| 53. -The Williams Companies, Inc. common stock | A | Dividend | J | T | | | | | |
| 54. -WorldCom Inc. GA New Com common stock | | None | J | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Ronald A | 5/13/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A –H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. -WorldCom Inc. WorldCom Group MCI Group Com common stock | | None | J | T | | | | | |
| 56. -Morgan Stanley Global Advtge CI B Pooled Equity Fund | | None | J | T | | | | | |
| 57. OG&E Ener Cap Tr Fixed Income Securities | A | Dividend | J | T | | | | | |
| 58. STOCKS "R" US Stock Club (Aggregate Ownership Arrangement) | | | | | | | | | |
| 59. -Carnival Cruise common stock | A | Dividend | J | T | | | | | |
| 60. -Citigroup common stock | A | Dividend | J | T | | | | | |
| 61. -Illinois Tool common stock | A | Dividend | J | T | | | | | |
| 62. -Lowes common stock | A | Dividend | J | T | | | | | |
| 63. -Merck common stock | A | Dividend | J | T | | | | | See Note in Part VIII |
| 64. -Pepsico common stock | A | Dividend | J | T | | | | | |
| 65. -Travelers CL A common stock | A | Dividend | | | Sell | 10/03 | J | A | |
| 66. -Travelers CL B common stock | A | Dividend | | | Sell | 10/03 | J | A | |
| 67. -Williams Cos. common stock | A | Dividend | J | T | | | | | |
| 68. -Starbucks common stock | | None | J | T | Buy | 8/03 | J | | |
| 69. -Medco Health | | None | | | Sell | 9/03 | J | A | See Note in Part VIII. |
| 70. -Oracle | | None | J | T | | | | | See Note in Part VIII. |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | O = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | White, Ronald A | 5/13/2004 |

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

Line 63.  Investment name was misspelled (Merch) in prior report.  Correct spelling is Merck.

Line 69.  Medco Health was a spin-off of Merck (Line 63) and sold in 2003.

Line 70.  Oracle was purchased in a previous year, but was inadvertently not reported.  There was no income or transactions in 2003.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | White, Ronald A | 5/13/2004 |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | White, Ronald A | 5/13/2004 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature

Date 5/13/04

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544